IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIJAY KUMAR,<br><br>      Petitioner,<br><br>v.<br><br>MICHAEL T. ROSE, et al.<br><br>      Respondents. | CIVIL ACTION<br>NO. 26-155 |

## ORDER

**AND NOW**, this 5th day of February 2026, upon consideration of the Government's Letter Requesting an Extension of time to afford Petitioner Vijay Kumar a bond hearing (Doc. No. 5) and Petitioner's Motion to Enforce (Doc. No. 6), it is **ORDERED** that the Government's Request for an Extension (Doc. No. 5) is **GRANTED**. The bond hearing shall be held on **February 9, 2026**. The Motion to Enforce (Doc. No. 6) is **DENIED**.

                                                  BY THE COURT:

                                                 /s/ Joel H. Slomsky
                                                _____
                                                 JOEL H. SLOMSKY, J.