IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIJAY KUMAR,

                    Petitioner,

    v.

MICHAEL T. ROSE, et al.,

                    Respondents.

CIVIL ACTION
NO. 26-155

**ORDER**

    **AND NOW**, this 30th day of March 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 8), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.